NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: TARA CHAND SINGHAL,**
*Appellant*

---

2020-2318

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/928,710.

---

**JUDGMENT**

---

WALTER D. DAVIS, JR., Davidson Berquist Jackson & Gowdey, LLP, McLean, VA, argued for appellant Tara Chand Singhal.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrew Hirshfeld. Also represented by THOMAS W. KRAUSE, AMY J. NELSON, FARHEENA YASMEEN RASHEED, MEREDITH HOPE SCHOENFELD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 14, 2021          /s/ Peter R. Marksteiner
        Date               Peter R. Marksteiner
                           Clerk of Court